IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01821-BNB

ARTHUR W. GOODMAN,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 7 2007

GREGORY C. LANGHAM
CLERK

## SECOND ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

On August 29, 2007, the Court directed Plaintiff, Arthur W. Goodman, a Colorado state prisoner, to cure deficiencies in his Complaint by submitting his claims on a Prisoner Complaint form and by filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form and a certified copy of his prisoner trust fund account statement. On September 6, 2007, Plaintiff submitted two separate Prisoner Complaint forms and two separate Motion and Affidavit forms along with a copy of his account statement.

In each of the Prisoner Complaint forms, Mr. Goodman fails to list in the text of the form, under Section "A. Parties," all of the names and addresses of Defendants listed in the caption of the form. Mr. Goodman also names different Defendants and asserts different claims in each of the two complaint forms. Plaintiff further names different Defendants on each of the Motion and Affidavit forms and fails to list the same named Defendants in the caption of the Motion and Affidavit form that are listed in the caption of the Prisoner Complaint form. Finally, the account statement that Mr.

Goodman has submitted to the Court is not certified by an appropriate official of the facility where he is confined.

Mr. Goodman is instructed to file only **one** original Prisoner Complaint form in which he lists all named Defendants, in both the caption and in Section A. Parties, and asserts all the claims he raises against all named Defendants. Plaintiff also is instructed to file **one** original Motion and Affidavit that lists in the caption the same named Defendants that are listed in the caption on the Prisoner Complaint form. Mr. Goodman also is directed to submit to the Court a certified copy of his account statement. Accordingly, it is

ORDERED that Plaintiff cure the deficiencies as noted above **within thirty days from the date of this Order**. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this Order, two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form and two copies of the Prisoner Complaint form. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED September 7, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01821-BNB

Arthur W. Goodman
Prisoner No. 173841
DRDC
PO Box 392005
Denver, CO 80239-8005

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** to the above-named individuals on 9/7/07

GREGORY C. LANGHAM, CLERK

By: [signature]
Deputy Clerk