IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01821-BNB

ARTHUR W. GOODMAN,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

On August 22, 2007, Plaintiff Arthur W. Goodman submitted to the Court a *pro se* document titled "Complaint Pusuant [sic] to CRCP Rule 106( ) ( )." At the time Plaintiff initiated the instant action he was detained at the Jefferson County Detention Center. Magistrate Judge Boyd N. Boland, on August 29, 2007, entered an order that construed the Complaint as a Prisoner Complaint and ordered the Clerk of the Court to commence a civil action. Magistrate Judge Boland also instructed Plaintiff to cure deficiencies in the Complaint. Specifically, Plaintiff was directed to submit his claims on a Court-approved form used in filing prisoner complaints and to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Plaintiff also was directed to submit a certified copy of his trust fund account statement.

On September 6, 2007, Plaintiff submitted two separate Prisoner Complaint forms and two separate Motion and Affidavit forms along with a copy of his account statement. In each of the Prisoner Complaint forms, Mr. Goodman failed to list in the

text of the form, under Section "A. Parties," all of the names and addresses of Defendants listed in the caption of the form. Mr. Goodman also named different Defendants and asserted different claims in each of the two complaint forms. Plaintiff further named different Defendants on each of the Motion and Affidavit forms and failed to list the same named Defendants in the caption of the Motion and Affidavit form that he listed in the caption of the Prisoner Complaint form. Finally, the account statement that Mr. Goodman submitted to the Court was not certified by an appropriate official of the facility where he is confined. The Prisoner Complaint forms that Plaintiff filed on September 6, 2007, indicate that he was in the custody of the Colorado Department of Corrections and was incarcerated at the Denver Reception and Diagnostic Center.

Magistrate Judge Boland entered an order on September 7, 2007, instructing Mr. Goodman to file only **one** original Prisoner Complaint form that lists all named Defendants, in both the caption and in Section A. Parties, and asserts all the claims he raises against all named Defendants. Plaintiff also was instructed to file **one** original Motion and Affidavit that lists in the caption the same named Defendants that are listed in the caption on the Prisoner Complaint form. Mr. Goodman further was directed to submit to the Court a certified copy of his account statement.

On September 19, 2007, the September 7, 2007, Order was returned to the Court marked, "Insufficient Address." The prisoner number used to identify Plaintiff on the mailing sent to Plaintiff was incorrect. The Clerk of the Court again, on September 20, 2007, sent the September 7, 2007, Order to Plaintiff at the address he had provided but used Plaintiff's correct prisoner number. When the Court received no response to

the Order, the Clerk of the Court, on October 17, 2007, sent yet another copy of the September 7, 2007, Order to Plaintiff at both the address he had provided to the Court and to the address shown on the DOC website as Plaintiff's current place of incarceration.

Nonetheless, Mr. Goodman now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 14 day of February, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01821-BNB

Arthur W. Goodman
Prisoner No. 112607
DRDC
PO Box 392005
Denver, CO 80239-8005

Arthur W. Goodman
Prisoner No. 112607
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/15/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk